# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: Danny Marshall ) | |
| ) | Case No: 18 B 32872 |
| ) | Judge: Thorne |
| ) | Chapter 13 |
| Debtor ) | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the Amended Chapter 13 Plan filed on January 4, 2019 was mailed to the below persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail in Chicago, IL 60606, and electronically, before 6:00 p.m. on January 4, 2019.

Danny Marshall
1917 E 86th St
Apt. 3
Chicago, IL 60617
(via regular mail)

Marilyn. O. Marshall
224 S. Michigan, Ave. 800
Chicago, IL 60604
(via ECF)

All creditors listed on the attached service list
(via regular mail)


        /s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-32872<br>Northern District of Illinois<br>Eastern Division<br>Fri Jan  4 16:12:53 CST 2019 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Aes/suntrust<br>Attn: Bankruptcy Dept<br>Po Box 2461<br>Harrisburg, PA 17105-2461 | Americash Loans<br>POB 184<br>Des Plaines, IL 60016-0003 |
| Arnold Scott Harris<br>111 W. Jackson Blvd., Ste. 600<br>Chicago, IL 60604-3517 | Autowarehous<br>3632 North Cicero<br>Chicago, IL 60641-3641 | Capital One<br>POB 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Celtic Bank<br>121 Continental Dr<br>Suite 1<br>Newark, DE 19713-4325 |
| Chase<br>POB 15298<br>Wilmington, DE 19850-5298 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Blvd ste.600<br>Chicago IL. 60604-3517 | City of Chicago Parking<br>Dept of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| Credit One Bank<br>POB 98873<br>Las Vegas, NV 89193-8873 | Dept of Ed / Navient<br>Attn: Claims Dept<br>Po Box 9635<br>Wilkes Barr, PA 18773-9635 | Easy Accept<br>3632 North Cicero<br>Chicago, IL 60641-3641 |
| Famous Stephenson<br>POB 2248<br>Long Beach, CA 90801-2248 | Fifth Third Bank<br>Attn: Bankruptcy<br>1850 East Paris, SE<br>Grand Rapids, MI 49546-6210 | First Investors Servicing Corp<br>380 Interstate North Parkway<br>Suite 300<br>Atlanta, GA 30339-2222 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Garda<br>1917 E 86th St<br>Chicago, IL 60617-2964 | IRS<br>Special Procedures - Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Illinois Student Assistance Commiss<br>1755 Lake Cook Rd<br>Deerfield, IL 60015-5209 | Kay Jewelers<br>POB 1799<br>Akron, OH 44309-1799 | LVNV Funding<br>Resurgent Capital<br>POB 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MidAmerica Bank & Trust Company<br>Attn: Bankruptcy<br>Po Box 400<br>Dixon, MO 65459-0400 | NPRTO Illinois LLC<br>256 W Date Dr<br>Draper, UT 84020-2315 |

| | | |
|---|---|---|
| Peak Campus<br>2970 Clairmont Rd<br>#310<br>Atlanta, GA 30329-4514 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| T Mobile<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | The Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Angelica Harb<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Dr., Ste. 300<br>Chicago, IL 60606-1390 | Danny J Marshall<br>1917 E 86th St<br>Apt. 3<br>Chicago, IL 60617-2964 | Jason Blust<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 300<br>Chicago, IL 60606-1390 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery
Capital One Bank
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Atlas Acquisitions<br>294 Union St<br>Hackensack, NJ 07601-4303 | (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | (d)Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (d)The Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>POB 800849<br>Dallas, TX 75380-0849 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     4<br>Total                  44 | |