**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  Danny Marshall** ) | |
| ) | **Case No:   18 B 32872** |
| ) | **Judge:      Thorne** |
| ) | **Chapter   13** |
| **Debtor** ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S. Michigan Ave., Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor:** Danny Marshall, 1917 E 86th St, Apt#3, Chicago, IL 60617
**Creditor:** IRS, P.O. Box 7346, Philadelphia, PA 19101
**Additional Notice Address:** Dr. Patrick Mullarkey, Tax Division, Ben Franklin Station, P.O. Box 55, Washington, DC 20044
**Additional Notice Address:** IRS, Associate Area Counsel, SB/SE, 200 West Adams Street, Ste. 2300, Chicago, IL 60606
**See attached Service List**
**and served upon the following parties via Certified Mail:**
United States Attorney, Civil Process Clerk, 219 S. Dearborn Street, Chicago, IL 60604

PLEASE TAKE NOTICE that on February 20, 2019 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Thorne, or any other Bankruptcy Judge presiding in her place in Courtroom 613 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, on the attached Objection to Proof of Claim 2 Filed by the IRS, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before January 16, 2019.

      /s/ Angelica M. Harb
Angelica M. Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 200
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-32872<br>Northern District of Illinois<br>Eastern Division<br>Wed Jan 16 18:06:18 CST 2019 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Aes/suntrust<br>Attn: Bankruptcy Dept<br>Po Box 2461<br>Harrisburg, PA 17105-2461 | Americash Loans<br>POB 184<br>Des Plaines, IL 60016-0003 |
| Arnold Scott Harris<br>111 W. Jackson Blvd., Ste. 600<br>Chicago, IL 60604-3517 | Autowarehous<br>3632 North Cicero<br>Chicago, IL 60641-3641 | Capital One<br>POB 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Celtic Bank<br>121 Continental Dr<br>Suite 1<br>Newark, DE 19713-4325 |
| Chase<br>POB 15298<br>Wilmington, DE 19850-5298 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Blvd ste.600<br>Chicago IL. 60604-3517 | City of Chicago Parking<br>Dept of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| Credit One Bank<br>POB 98873<br>Las Vegas, NV 89193-8873 | Dept of Ed / Navient<br>Attn: Claims Dept<br>Po Box 9635<br>Wilkes Barr, PA 18773-9635 | Easy Accept<br>3632 North Cicero<br>Chicago, IL 60641-3641 |
| Famous Stephenson<br>POB 2248<br>Long Beach, CA 90801-2248 | Fifth Third Bank<br>Attn: Bankruptcy<br>1850 East Paris, SE<br>Grand Rapids, MI 49546-6210 | First Investors Servicing Corp<br>380 Interstate North Parkway<br>Suite 300<br>Atlanta, GA 30339-2222 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Garda<br>1917 E 86th St<br>Chicago, IL 60617-2964 | IRS<br>Special Procedures - Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | Illinois Student Assistance Commiss<br>1755 Lake Cook Rd<br>Deerfield, IL 60015-5209 | Kay Jewelers<br>POB 1799<br>Akron, OH 44309-1799 |
| LVNV Funding<br>Resurgent Capital<br>POB 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MidAmerica Bank & Trust Company<br>Attn: Bankruptcy<br>Po Box 400<br>Dixon, MO 65459-0400 |

```
NPRTO Illinois LLC                  Peak Campus                        (p)PORTFOLIO RECOVERY ASSOCIATES LLC
256 W Date Dr                       2970 Clairmont Rd                  PO BOX 41067
Draper, UT 84020-2315               #310                               NORFOLK VA 23541-1067
                                    Atlanta, GA 30329-4514


Premier Bankcard, Llc               T Mobile                           T Mobile/T-Mobile USA Inc
Jefferson Capital Systems LLC Assignee  4515 N Santa Fe Ave            by American InfoSource as agent
Po Box 7999                         Oklahoma City, OK 73118-7901       4515 N Santa Fe Ave
Saint Cloud Mn 56302-7999                                              Oklahoma City, OK 73118-7901


The Payday Loan Store               Angelica Harb                      Danny J Marshall
c/o Creditors Bankruptcy Service    Law Office of Jason Blust, LLC     1917 E 86th St
P.O. Box 800849                     211 W. Wacker Dr., Ste. 300        Apt. 3
Dallas, TX 75380-0849               Chicago, IL 60606-1390             Chicago, IL 60617-2964


Jason Blust                         Marilyn O Marshall                 Patrick S Layng
Law Office of Jason Blust, LLC      224 South Michigan Ste 800         Office of the U.S. Trustee, Region 11
211 W. Wacker Drive                 Chicago, IL 60604-2503             219 S Dearborn St
Ste. 300                                                               Room 873
Chicago, IL 60606-1390                                                 Chicago, IL 60604-2027
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Illinois Department of Revenue      Portfolio Recovery
Bankruptcy Unit                     Capital One Bank
PO BOX 19035                        POB 41067
Springfield, IL 62794-9035          Norfolk, VA 23541
```

        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Atlas Acquisitions              (d)Atlas Acquisitions LLC          (d)Capital One Auto Finance, a division of Ca
294 Union St                       294 Union St.                      4515 N Santa Fe Ave. Dept. APS
Hackensack, NJ 07601-4303          Hackensack, NJ 07601-4303          Oklahoma City, OK 73118-7901


(d)The Payday Loan Store           End of Label Matrix
c/o Creditors Bankruptcy Service   Mailable recipients    41
POB 800849                         Bypassed recipients     4
Dallas, TX 75380-0849              Total                  45
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  Danny Marshall** ) | |
| ) | **Case No:  18-32872** |
| ) | **Judge:    Thorne** |
| ) | **Chapter  13** |
| **Debtor** ) | |

## OBJECTION TO PROOF OF CLAIM 2 FILED BY THE IRS

Now comes Danny Marshall (hereinafter referred to as "DEBTOR"), by and through his attorneys, and as his Objection to Proof of Claim 2 Filed by the IRS respectfully represents as follows:

1. On November 26, 2018, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court has not yet confirmed the Debtor's Chapter 13 Plan.

3. On November 30, 2018, the IRS filed a Proof of Claim (hereinafter referred to as "the claim") in the amount of $10,640.62 for income tax debts owed (see attached Proof of Claim, referred to as "Exhibit A").

4. The claim alleges that the Debtor owes $5,011.50 for the 2017 income tax year for unassessed taxes due based on no return being filed.

5. The Debtor filed his 2017 income tax return and is due a refund of $234.00 (see attached 2017 income tax return, referred to as "Exhibit B").

6. Since the Debtor did not owe the IRS for the 2017 income tax year and the Debtor filed his 2017 income tax return, the Debtor is requesting that the Proof of Claim filed by the IRS be reduced by $5,011.50.

7. Debtor's counsel faxed the IRS a copy of Debtor's 2017 tax return on December 12, 2018.

7. Debtor requests that the IRS be allowed a priority claim in the amount of $5,464.63.

8. Debtor requests that the IRS be allowed a general unsecured claim in the amount of $164.49.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order reducing the IRS' Proof of Claim by the amount of $5,011.50, and for such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

\_\_\_\_\_/s/ Angelica Harb

Angelica M. Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 200
Chicago, IL 60606
312-273-5001